

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mickey Ray Perkins,            * From the 35th District Court
                                            of Brown County
                                            Trial Court No. CR24903.

Vs. No. 11-18-00037-CR          * February 28, 2020

The State of Texas,               * Memorandum Opinion by Wright, S.C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Stretcher, J., and Wright, S.C.J., sitting
                                            by assignment)
                                            (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.